# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ronald Pugh,
 Petitioner

v.         Case No. 1:08-cv-588

Warden, Hocking
Correctional Facility,
 Respondent

# ORDER

  This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 19, 2008 (Doc. 13).

  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

  Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

  Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's petition for writ of habeas corpus is **DENIED** with prejudice.

  A certificate of appealability will not issue with respect to petitioner's grounds for relief, which this Court has concluded are barred from review on procedural waiver grounds, because under the applicable two-part standard enunciated in *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000), "jurists of reason would not find it debatable as to whether this Court is correct in its procedural ruling" or whether

petitioner has stated a viable constitutional claim for relief in either of those grounds.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Date: September 16, 2009            s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Senior Judge
                                    United States District Court